| | |
|---|---|
| | **FILED**<br>**03/29/2021**<br>**U.S. DISTRICT COURT**<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

# COMPLAINT FORM

## (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

---

(Full name of plaintiff(s))

_Riley L Clesson_

---

vs

(Full name of defendant(s))

_Officer A. Kohlhepp_

_Officer E. mcQueen_

_Sergeant HoB Good_

_nurse moore_

Case Number:

1:21-cv-772-TWP-DML

(to be supplied by clerk of court)

A.  **PARTIES**

1.   Plaintiff is a citizen of _Indiana_, and is located at
             (State)

   _2596 n Girl School RD, Indpls, In 46214_
                    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant _Indiana Womans prison_
                              (Name)

Complaint-2

Statement of Claim

I have highlighted all the areas I feel need to be reviewed this includes but not limited to my statement.

**1. Who violated my rights**
- Officer Kohlhepp
- Officer McQueen
- Sergeant Hobgood
- Nurse Moore

**2. What each defendant did**
- Denied me of sanitary napkins, physical harm, caused me mental distress
- Denied me of sanitary napkins, physical harm, caused me mental distress
- Denied me of sanitary napkins, physical harm, caused me mental distress
- Denied me of sanitary napkins, physical harm, caused me mental distress

**3. When they did it**
- 06/30/2020 10pm until 7/1/2020 4:15am

**4. Where it happened**
- Unit 11 latrine and time out cell in building 8

**5. Why they did it, if you know**
- Due to The Department of Corrections has access for limiting women's access to personal hygiene products and is allowed to use physical force even when it can be detrimental to ones mental health or to their physical self and to their personal hygiene. This is a violation of amendments.

Due to the statement of my claim I have attached all physical evidence that I'm allowed due to being incarcerated.

is (if a person or private corporation) a citizen of ___Indiana_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Indiana Womans prison, 2596 n Giel school RD____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

_Attached a Typed paper..._____

## C.    JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $50,000.00 .

## D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like for the Facility to be more aware of the Situations, Also For the place to be more Safe. And For me to be CompanSated FOR the Suffering I Went through. Also FOR being in RShu For 6 months. I want this To Be made aware. We Are Still People We have Just made a Mistake. Also would like Conduct report to be Lowered or to Recieve last time Which was Very Excessive.

E.    JURY DEMAND

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial -- I want a judge to hear my case

Dated this __23ʳᵈ__ day of __March__ 20 _20_.

Respectfully Submitted,

_____
Signature of Plaintiff

__#222513_____
Plaintiff's Prisoner ID Number

__421 moon RD_____
__Indpls, In 46168_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

2

# IN THE MATTER OF Riley Closson #222513
## NOTICE OF TORT CLAIM

**TO:**   **OFFICE OF ATTORNEY GENERAL**          **TORT CLAIM ADMINISTRATOR**
IGCS – 5th Floor                                   INDIANA DEPARTMENT OF CORRECTION
302 West Washington Street                         E334, IGCS
Indianapolis, Indiana 46204                        302 West Washington Street
                                                   Indianapolis, Indiana 46204

Pursuant to *Indiana Code 34-13-3-1 et seq.*, this letter is to provide notice of a claim for tort brought against the Ofaith McQueen / IWP Custody                     (custody) and/or medical staff.

## STATEMENT OF FACTS:

### I. CLAIMANT

The claimant, Riley L Closson          , DOC# 222513 , who at all times relevant to the facts below resided at Indiana Womans Prison from 07-2016          to Current 7/2020          .

### II. EVENTS

Claimant now presents the following facts on her behalf:
1. That on 07/31/20 @ 1Am          , Claimant was Refused Proper Sanitary Napkins For monthly Cycle.                    ;
2. That on 07/31/20          , Claimant was Bleeding on Toilet and was Forcefully removed resulting in Bruises and marks on upper Right Arm                    ;
3. That on 07/31/20          , Claimant was refused To use the Restroom Area From 1:30pm To 6:15am          ;
4. That Claimant was refused Water, Tampon, Restroom, Shower                    ;
5. That Claimant was Accussed of a 117A When was Fully Restrained and was denyed her 8th Admendment.          ;
6. That Claimant Has Spoken to every Staff member regrading Situation and has been looked over, requested Copys (photos) TAKEN of Arm For evidence in my Claim and was denyed          ;

7. That Claimant _Also was in view of male offender while completely naked being denyed proper attiar. Sgt. Holgood_

## III. WITNESSES

Claimant offers the following as witnesses to this event:

1. _Sgt. Amanda Kohlhepp_ ;
2. _Amy Hackitt (offender)_ ;
3. _Sovayeda Vazquez (offender)_ ;
4. _Tiffany Maints (offender)_ ;
5. _April Tinker (offender)_ .

## ALL WRITTEN STATEMENTS ARE AVAILABLE UPON REQUEST

## IV. LOSSES

As a result of the negligence of the medical and custody staff to make provisions for her proper medical treatment, Claimant suffered, as follows:

1. _Pain from bruises and cuts from officers nails/hands_ ;
2. _Suffering from being denyed proper sanitary items_ ;
3. _mental suffering from injurys, when officer was harming me_ ;
4. _excessive force resulting in upper arm pain_ ;
5. _denyed medical and pain medication or ice_ ;

## V. DAMAGES SOUGHT

Claimant, _Riley Closson #222513_ , now seeks damages for improper treatment of her injury, permanent damage due to improper and delayed treatment, and damages for pain and suffering. Claimant now makes her demand for _$10,000 ~ 700.000_ ($700,000 limit) as her damages, plus costs, expenses, the future need for reconstructive surgery, and attorney fees.

## AFFIRMATION

I, the undersigned, affirm under the penalties of perjury, that the foregoing representations are true.

DATED THIS _08_ DAY OF _August_ IN THE YEAR 20_10_

_(Signature)_

_Riley Closson_ , **Claimant**

DOC# _222513_
Indiana Women's Prison
2596 Girl's School Road
Indianapolis IN 46214