FILED

04/26/2021

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

"Amended Complaint"

RE: Cause No.1:21-cv-00772-TWP-DML   (Riley Closson DOC#222513)

On 6/30/20 at approximately 10pm, I was placed on suicide watch in time out 6 after requesting PC which the facility stated that they did not offer protective custody at this facility. I requested to use the restroom at 1:00am, at that time I was handcuffed and shackled by Officer Faith McQueen and Sqt. Kolhelpp and was escorted by them and Sqt. Hobgood to the restroom. Upon entering the restroom I had blood all over me from waiting an extended amount of time and I requested from Officer McQueen and Sqt. Kolhepp to have a shower or be given a rag so I may clean myself off. I was denied that and they said that they did not have to give me anything I needed to hurry up. I then requested a sanitary item a tampon or a pad also requested a new suicide smock at that time they where denying me everything. Faith McQueen stated I could bleed all over myself because I wasn't worried about that when I was trying to come to Rshu and make her do more work than she needed to do. I believe that is cruel and unusual punishment which is a violation of my 8th amendment. Then Mrs. Sergeant, Kolhepp stated I need to hurry up because she had "shit to do" I still was not given any items and I became emotionally unstable due to the fact I couldn't understand why I was being denied these items when I needed them.  After me refusing to leave the restroom they forcefully removed me from the toilet I then sat on the floor with blood all over me and still handcuffed and shackled with them on me. Faith McQueen had my upper body which I sustained injuries on my upper arms and my wrist from her digging her fingers in my skin and trying to hurt me so I would move. Sqt. Kolhepp had my legs I did not sustain any injuries to my legs but she did nothing to stop her fellow officer from injuring me nor did she give me any sanitary items. When I was naked on the floor Mr. Sgt hobgood was in view and I was completely naked and had shackles and handcuffs on which was a prea situation. Also I had blood all over and was still being forcefully removed from the latrine area and was placed back into the time out cell and pictures were taken and my mattress and my smock was taken I was given one blanket and was denied the restroom over 4 hours which the policy states that when on suicide watch you may use the restroom every 2-4 hours. Also when I talked to my suicide companion she told the officer that they needed to take pictures of me. The companions name is Sovayda Vasquez she is a witness to the situation on my behalf. I have attached all my suicide companions paperwork which this complaint also the conduct report that falsely states I was handcuffed and shackled the whole time. Also after being fired from the facility Sgt Amanda Kolhelpp filed a newspaper article on www. Wyfisideeffects.com stating that it was falsified and that I never assaulted her and that I should have not been placed in the Rshu and they will not give me access to this newspaper article due to it being online. I also sustained injuries and have attached photos black and white. This is the summary of the incident, and who played each role. I also attached the previous paper with the detailed role they played.  Please contact me if anymore questions or if you need more details.

This is a detail description of what took place on 06/30/2020. It is hard to pin point exacting what each defendant did because it was all done together. My mental status at the time was under complete distress and I was in handcuffs and shackles. So pin pointing how each defendant violated me is hard. However camera footage should show all officers and medical staff that was present and shows the roles they played in the event that has left me with mental and physical scars and pain.

The relief I want to see is for all parties to be held accountable and for me to be compensated for my pain and suffering. I hope this will be enough information for you to proceed if not please send me detail questions and information needed to proceed.

Complaint-2

Statement of Claim

I have highlighted all the areas I feel need to be reviewed this includes but not limited to my statement.

1. **Who violated my rights**
   - Officer Kohlhepp
   - Officer McQueen
   - Sergeant Hobgood
   - Nurse Moore

2. **What each defendant did**
   - Denied me of sanitary napkins, physical harm, caused me mental distress
   - Denied me of sanitary napkins, physical harm, caused me mental distress
   - Denied me of sanitary napkins, physical harm, caused me mental distress
   - Denied me of sanitary napkins, physical harm, caused me mental distress

3. **When they did it**
   - 06/30/2020 10pm until 7/1/2020 4:15am

4. **Where it happened**
   - Unit 11 latrine and time out cell in building 8

5. **Why they did it, if you know**
   - Due to The Department of Corrections has access for limiting women's access to personal hygiene products and is allowed to use physical force even when it can be detrimental to ones mental health or to their physical self and to their personal hygiene. This is a violation of amendments.

Due to the statement of my claim I have attached all physical evidence that I'm allowed due to being incarcerated.