**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **RILEY CLOSSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **NO. 1:21-cv-00772-TWP-KMB** |
| | ) |
| **KOHLHEPP, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF CONDITIONAL SETTLEMENT

Plaintiff and Defendants, by their respective counsel, respectfully provide notice to the Court that they have settled this case conditional on the later and final approval of the OAG and Governor.

Respectfully submitted,

Date:   September 6, 2023

/s/ E. Ryan Shouse
Attorney No. 35597-49
**Lewis And Wilkins LLP**
8777 Purdue Road, Suite 104
Indianapolis, IN 46268-3104
Phone: (317) 636-7460
Fax: (317) 636-7505
Email: shouse@lewisandwilkins.com
*Counsel for Defendants*

/s/ Mark Sniderman
**SNIDERMAN LAW**
151 N. Deleware St., Ste. 1520
Indianapolis, IN 46204
Phone: (317) 361-4700
Email: mark@snidermanlaw.com
*Counsel for Plaintiff*